# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

November 6, 2013

Lyle W. Cayce
Clerk

No. 13-50787
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ASHEKUL MOWLA,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:13-CR-580-2

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Ashekul Mowla has been charged with conspiring to manufacture, distribute, and possess with the intent to distribute a controlled substance and controlled substance analogue and conspiring to commit money laundering. *See* 18 U.S.C. § 956(h); 21 U.S.C. §§ 841(a), 846.  He appeals the district court's denial of his motion to revoke the magistrate judge's order of detention pending

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-50787

his trial.  Mowla contends that he is not a flight risk or a danger to the community.

The record evidence supports the district court's determination that no conditions exist that would reasonably assure Mowla's appearance and the safety of the community where he is to be released pending trial.  *See* 18 U.S.C. § 3142.  The district court did not abuse its discretion by denying Mowla's release pending trial.  *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992); *United States v. Hare*, 873 F.2d 796, 798-99 (5th Cir. 1989).

AFFIRMED.